ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 23 2005

CLERK, U.S. DISTRICT COURT
By _____
   Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER GEORGE ARNONE, ) <br> #1173315, ) <br>         Petitioner, ) <br> ) <br> v. ) <br> ) <br> DOUGLAS DRETKE, Director, Texas ) <br> Department of Criminal Justice, ) <br> Correctional Institutions Division, ) <br>         Respondent. ) | 3:05-CV-0669-B |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this 23rd day of May, 2005.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE